Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

**DANFOSS LLC,**

                      Plaintiff,

    v.

**UNITED STATES,**

                      Defendant.

**S U M M O N S**

Court No. 24-cv-00089

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                        /s/ Mario Toscano
                                        Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry: Memphis (2006) & Chicago, IL (3901) | Center (if known): Machinery CEE |
| Protest Number: 2006-23-107629 | Date Protest Filed: October 17, 2023 |
| Importer: Danfoss LLC | Date Protest Denied: November 17, 2023 |
| Category of Merchandise: Scroll Compressors | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9PM26366288 | 10/18/2018 | 7/14/2023 | 9PM26369118 | 11/4/2018 | 7/14/2023 |
| **Please see attached continuation sheet for protest on Form 1-3 & 1-4.** | | | | | |

Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
randy.rucker@faegredrinker.com
(312) 569-1157

Case 1:24-cv-00089-N/A    Document 1    Filed 05/14/24    Page 2 of 4

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Scroll Compressors | 8414.30.8070<br>8414.30.8080<br>9903.88.03 | FREE<br>FREE<br>25% | 8414.30.8070<br>8414.30.8080<br>9903.88.14 | FREE<br>FREE<br>FREE |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Classification – The subject merchandise is properly classified under 8414.30.8070/8414.30.8080 with Section 301 exclusion HTS 9903.88.14. |

| |
|---|
| The issue which was common to all such denied protests: Section 301 Exclusion Classification |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Wm. Randolph Rucker
*Signature of Plaintiff's Attorney*

May 14, 2024
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

## Machinery

### Center (if known)

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2006 | 200623107629 | 9PM26371791 | 11/24/2018 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26379596 | 12/19/2018 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26370850 | 11/7/2018 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26377186 | 12/3/2018 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26383416 | 1/11/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26386575 | 1/13/2019 | 8/4/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26423204 | 6/16/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26410623 | 4/17/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26398299 | 3/9/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26411399 | 4/22/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26432767 | 7/28/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26387565 | 2/8/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26402786 | 3/21/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26417339 | 6/8/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26437154 | 8/16/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26438566 | 8/24/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26399057 | 3/15/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26395717 | 3/5/2019 | 6/23/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26406852 | 4/7/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26413395 | 5/5/2019 | 7/14/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26414195 | 5/22/2019 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26430142 | 7/14/2019 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26433773 | 8/4/2019 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26426298 | 6/30/2019 | 7/21/2023 | 10/17/2023 | 11/17/2023 |

Form 1-4

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2006 | 200623107629 | 9PM26426603 | 7/7/2019 | 6/23/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26430886 | 7/22/2019 | 7/28/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26435786 | 8/13/2019 | 4/21/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26439713 | 8/31/2019 | 6/16/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26388019 | 1/20/2019 | 6/16/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26391948 | 2/19/2019 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26404691 | 3/31/2019 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 2006 | 200623107629 | 9PM26424715 | 6/22/2019 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 3901 | 200623107629 | 9PM26371940 | 11/5/2018 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 3901 | 200623107629 | 9PM26379273 | 12/10/2018 | 7/21/2023 | 10/17/2023 | 11/17/2023 |
| 3901 | 200623107629 | 9PM26373185 | 11/12/2018 | 7/21/2023 | 10/17/2023 | 11/17/2023 |