**UNITED STATES COURT OF INTERNATIONAL TRADE**

DANFOSS LLC )
                                                    )
                              Plaintiff,             )
                                                    )
v.                                                  )
                                                    )  Court No.  24-00089
                                                    )
UNITED STATES,                                      )
                                                    )
                              Defendant.             )
                                                    )
                                                    )

**ORDER**

Upon consideration of Plaintiff's Motion to Reinstate the Above Referenced Case onto the

Customs Case Management Calendar; upon other papers and proceedings had herein; and upon

due deliberation, it is hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that the above referenced case is reinstated to the Customs Case Management

Calendar; and it is further

**ORDERED** that the above referenced case shall remain on the Customs Case Management

Calendar until May 31, 2027.

**SO ORDERED**.

/s/ Jennifer Choe-Groves
**JUDGE**

DATED:  June 5, 2026
            New York, New York